IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID GOMEZ and ESMA GOMEZ,

      Plaintiffs,

v.                                          No. 1:17-cv-01040 MV/CG

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

## MOTION TO DISMISS ALL CLAIMS

COME NOW Plaintiffs, David and Esma Gomez, and pursuant to Fed.R.Civ.P.41(a)(2), move the Court to enter its Order dismissing Plaintiffs' Complaint against State Farm Mutual Automobile Insurance Company with prejudice.

As grounds therefore, the parties state that all controversies and issues among them have been settled and compromised to their mutual satisfaction.

WHEREFORE, Plaintiffs, David and Esma, and Defendant State Farm Mutual Automobile Insurance Company, respectfully request this Court enter its Order dismissing all claims and causes of action herein, with prejudice.

2

GUEBERT BRUCKNER P.C.


By   */s/ Robert F. Gentile*
      Terry R. Guebert
      Robert F. Gentile
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      rgentile@guebertlaw.com
      *Attorneys for Defendant*

WHITENER LAW FIRM, P.A


By   *Approved Electronically on January 5, 2018*
      Thomas M. Allison
      4110 Cutler Avenue NE
      Albuquerque, NM 87110
      (505) 242-3333
      tm5052002@yahoo.com
      *Attorney for Plaintiffs*

F:\Clients\0102.263bf\Pleadings\FEDERAL\Motion.dismiss.docx/jty